IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OLTON L. DUMAS,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

ORDER

Case No. 15-cv-454-jdp

Plaintiff Olton L. Dumas, an inmate at Rock County Jail, has filed a proposed civil complaint. Plaintiff requests leave to proceed without prepayment of the filing fee. To the extent plaintiff wishes to proceed without prepaying the filing fee, and because plaintiff is incarcerated, plaintiff must comply with the Prisoner Litigation Reform Act (PLRA). The PLRA requires plaintiff to submit a certified copy of plaintiff's inmate account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). Plaintiff has failed to submit the necessary inmate account statement.

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than August 13, 2015. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Olton L. Dumas may have until August 13, 2015 to submit a trust fund account statement for the period beginning approximately January 20, 2015 and ending approximately July 20, 2015. If, by August 13, 2015, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 24th day of July, 2015.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge