IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OLTON L. DUMAS,

 Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
EDWARD F. WALL,
DIVISION OF COMMUNITY CORRECTIONS,
DENISE SYMDON, JIM NEITZEL,
VICTORIA L. TUCKER, CHLOE MOORE,
DEPARTMENT OF ADMINISTRATION,
DIVISION OF HEARINGS AND APPEALS,
BRIAN HAYES, and
BELOIT POLICE DEPARTMENT,

 Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-454-jdp

---

 This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

 (1) denying plaintiff Olton L. Dumas leave to proceed and dismissing defendants Department of Corrections, Edward Wall, Division of Community Corrections, Denise Symdon, Jim Neitzel, Department of Administration, Division of Hearings and Appeals, Brian Hayes, and Beloit Police Department; and

 (2) granting Victoria L. Tucker and Chloe Moore's motion for summary judgment and dismissing this case.

/s/                                                                                              1/27/2017

Peter Oppeneer, Clerk of Court                                        Date