UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2017 FEB 13 AM 9: 44
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

OLTON L. DUMAS,

        Plaintiff,

v.                              Case No. 15-cv-454-jpd

VICTRIA L. TUCKER and CHOLE MOORE,

        Defendants.

---

### NOTICE OF APPEAL

---

Notice is hereby given that OLTON L. DUMAS, Plaintiff in the above – entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Western District of Wisconsin, entered in this action on January 27, 2017, denying Plaintiff summary judgment and granting it fro the Defendants.

Dated this 6th day of February, 2017.

                                                      Olton L. Dumas, pro se Plaintiff
                                                      Kenosha Correctional Center
                                                      6353 14th Ave.
                                                      Kenosha, WI. 53143